IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN A. MATO, | : | |
| CHERIE B. MATO | : | |
| and | : | |
| MERC INVESTMENT CORP. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-7617 |
| | : | |
| WINDOW WORLD, INC., | : | |
|     Defendant | : | |

**O R D E R**

**AND NOW,** this 28th day of February, 2011, upon consideration of Defendant's motion to dismiss or transfer (Doc. No. 7) and the plaintiffs' response thereto (Doc. No. 9), IT IS HEREBY ORDERED that:

1. The motion to transfer this action to the Western District of North Carolina pursuant to 28 U.S.C. § 1404(a) is **GRANTED**;

2. The case shall be **TRANSFERRED** to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. § 1404(a); and

3. The Clerk of Court is directed to transfer the original pleadings of this case to the United States District Court for the Western District of North Carolina.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.