IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV40-RLV-DSC

| | |
|---|---|
| ROBIN A. MATO, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| WINDOW WORLD, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Jeffrey Zucker]" (document #18) filed April 12, 2011. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: April 15, 2011

David S. Cayer
United States Magistrate Judge