# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBIN A. MATO, CHERIE B. MATO,
AND MERC INVESTMENT CORP.,
d/b/a WINDOW WORLD OF
PHILADELPHIA,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          5:11CV40

WINDOW WORLD, INC.,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19, 2011 Order.

                                            Signed: April 19, 2011

                                            _____
                                            Frank G. Johns, Clerk
                                            United States District Court